AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McAuliffe, Steven J. | U.S. District Court - New Hampshire | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Warren B. Rudman U.S. Courthouse
55 Pleasant Street, Room 416
Concord, N.H. 03301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | New Hampshire Bar Foundation |
| 2. | Director | Challenger Center for Space Science Education |
| 3. | Trustee | Trust #1 |
| 4. | Partner | Piglet (Neighborhood Investment Club) |
| 5. | Member | Shumac, LLC |
| 6. | Member | Pleasant Lake Cottages, LLC |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UBS | Account Secured Premier Credit Line | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accts Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 2. IRA American Funds: Investment Company of America | B | Dividend | L | T | | | | | |
| 3. IRA American Funds: Washington Mutual Investors Fund | A | Dividend | J | T | | | | | |
| 4. ExxonMobil Corp | A | Dividend | J | T | | | | | |
| 5. UBS Retirement Money Fund (UBS Bank USA Dep Acct) | A | Interest | J | T | | | | | |
| 6. Piglet Investment Club Partnership Shares (See Part VIII) | A | Interest | J | T | | | | | |
| 7. -UBS RMA Cash Account | A | Interest | J | T | | | | | |
| 8. -Facebook Inc | A | Dividend | J | T | | | | | |
| 9. -Autodesk Inc | A | Dividend | J | T | | | | | |
| 10. -Exact Sciences Corp | | None | J | T | | | | | |
| 11. -Kandi Technologies | | None | | | Sold | 10/17/16 | J | A | |
| 12. -NXP Semiconductors | A | Dividend | J | T | | | | | |
| 13. -Zoe's Kitchen Inc | | None | | | Sold | 11/02/16 | J | A | |
| 14. -Apple Inc | A | Dividend | J | T | Buy (add'l) | 05/04/16 | J | | |
| 15. -Amazon | | None | J | T | | | | | |
| 16. -Etsy | | None | | | Sold | 05/06/16 | J | A | |
| 17. -Gilead | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Skyworks Solar | A | Dividend | J | T | | | | | |
| 19. -Solar City Corp | | None | | | Sold | 06/13/16 | J | A | |
| 20. -General Electric | A | Dividend | J | T | Buy | 02/03/16 | J | | |
| 21. -Electronic Arts Inc | | None | J | T | Buy | 02/03/16 | J | | |
| 22. -Tesla | | None | J | T | Buy | 01/06/16 | J | | |
| 23. CVS Health Corp. | A | Dividend | J | T | | | | | |
| 24. IRA iShares Russell Fund | B | Dividend | K | T | | | | | |
| 25. IRA Midcap SPDR TR | B | Dividend | M | T | | | | | |
| 26. UBS Bank USA Dep Acct | A | Dividend | L | T | | | | | |
| 27. Merrimack County Savings Bank NOW Acct (2) | A | Interest | J | T | | | | | |
| 28. Enterprise Products Partners LP | B | Dividend | K | T | | | | | |
| 29. iShares TR Russell 2000 Index Fund | B | Dividend | L | T | | | | | |
| 30. IRA iShares Russell Midcap | A | Dividend | K | T | | | | | |
| 31. iShares Trust Russell Midcap Growth Index Fund | A | Dividend | J | T | | | | | |
| 32. Apple Inc | B | Dividend | K | T | | | | | |
| 33. Northern Trust Prime Obligation Fund 9/1 | A | Dividend | J | T | | | | | |
| 34. Simon Property Group Inc | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | McAuliffe, Steven J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Florida St Brd Ed Pub Ed Cap | B | Interest | K | T | | | | | |
| 36. | iShares iBoxx Invt Grade DE Corp Bond Fund | B | Dividend | K | T | | | | | |
| 37. | Tennessee St Ser A | A | Interest | | | Sold | 09/01/16 | K | A | |
| 38. | Fairfax Cty VA Pub Ser A | B | Interest | K | T | | | | | |
| 39. | First Colebrook Bank | A | Dividend | J | T | | | | | |
| 40. | Danaher Corp | A | Dividend | J | T | Sold (part) | 07/14/16 | J | C | Spin-off to Fortive(L.127) |
| 41. | Alphabet Inc. CL A | A | Dividend | J | T | | | | | |
| 42. | JP Morgan Chase & Company | A | Dividend | J | T | | | | | |
| 43. | Oracle Corp | A | Dividend | | | Sold | 10/20/16 | J | A | |
| 44. | Starbucks Corp | A | Dividend | J | T | | | | | |
| 45. | TJX Companies Inc | A | Dividend | J | T | | | | | |
| 46. | VISA Inc | B | Dividend | K | T | | | | | |
| 47. | Alphabet Inc. CL A and CL C | A | Dividend | K | T | | | | | |
| 48. | Home Depot Inc | A | Dividend | L | T | | | | | |
| 49. | Henderson Global Equity | A | Dividend | K | T | | | | | |
| 50. | iShares Trust Russell 1000 | A | Dividend | K | T | | | | | |
| 51. | Celgene Corp | B | Dividend | J | T | Sold (part) | 04/06/16 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cerner Corp | A | Dividend | | | Sold | 04/06/16 | J | A | |
| 53. Chubb Ltd Ord. Formerly Chubb Inc; Merger w/ Ace Ltd | A | Dividend | K | T | | | | | |
| 54. Gilead Sciences Inc | A | Dividend | | | Sold | 04/06/16 | J | A | |
| 55. Henderson Global FDS Euro | A | Dividend | K | T | | | | | |
| 56. Washington Prime Group Inc Com (Name Changed to WP Glimcher Inc REIT) | A | Dividend | J | T | | | | | |
| 57. Biogen Inc | A | Dividend | K | T | | | | | |
| 58. British American Tobacco PLC | A | Dividend | K | T | | | | | |
| 59. HCA Holdings Inc | B | Dividend | K | T | | | | | |
| 60. Parexel International Corp | A | Dividend | K | T | | | | | |
| 61. Veritiv Corp Com | | None | J | T | | | | | |
| 62. SPDR S&P MidCap 400 ETF TR | C | Dividend | K | T | | | | | |
| 63. Technology Sector SPDR Trust SHS | B | Dividend | L | T | | | | | |
| 64. Johnson County Kansas Water District #1 Bond | A | Interest | K | T | | | | | |
| 65. Brentwood Tennessee G.O. Bond | A | Interest | K | T | | | | | |
| 66. Minn St Colleges & SR A Revenue Bond | A | Interest | K | T | | | | | |
| 67. Vermont Municipal Bond Bank SRL Revenue Bond | A | Interest | K | T | | | | | |
| 68. Pimco Real Return Fund Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Calamos Market Neutral Income Fund Class A | A | Dividend | K | T | | | | | |
| 70. First Eagle Global Fund Class A | A | Dividend | K | T | | | | | |
| 71. IRA Henderson Global Investors European Focus Fund | B | Dividend | L | T | | | | | |
| 72. Shumac LLC 50% Int (Holds Lake Property in Merrimack County, NH) | | None | N | W | | | | | |
| 73. Pleasant Lake Tributaries, LLC (Real Estate) | | None | | | Merged (with line 74) | 04/01/16 | K | | Property Merger |
| 74. Pleasant Lake Cottages, LLC (Real Estate) | | None | O | W | | | | | |
| 75. R.P. Jobin, Personal Loan | | None | K | T | | | | | |
| 76. Disney | A | Dividend | | | Sold | 07/14/16 | J | A | |
| 77. Verizon Communications Inc | A | Dividend | J | T | | | | | |
| 78. Walgreens Boots Alliance Inc. | A | Dividend | J | T | | | | | |
| 79. Wells Fargo & Company | A | Dividend | | | Sold | 10/20/16 | J | A | |
| 80. PNC Financial Services Group | A | Dividend | J | T | | | | | |
| 81. PepsiCo Inc | A | Dividend | J | T | | | | | |
| 82. Priceline Group | | None | | | Sold | 04/06/16 | J | A | |
| 83. Salesforce.com Inc | | None | J | T | | | | | |
| 84. Thermo Fisher Scientific Inc | A | Dividend | J | T | | | | | |
| 85. UnitedHealth Group | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. EOG Resources Inc | A | Dividend | | | Sold | 12/09/16 | J | A | |
| 87. Express Scripts Holding Company | A | Dividend | | | Sold | 07/14/16 | J | A | |
| 88. FedEx Corp | A | Dividend | J | T | | | | | |
| 89. General Electric Company | A | Dividend | J | T | | | | | |
| 90. Gilead Sciences Inc | A | Dividend | J | T | | | | | |
| 91. Lowe's Companies Inc | A | Dividend | | | Sold | 04/06/16 | J | B | |
| 92. Microsoft Corp | A | Dividend | J | T | | | | | |
| 93. Nike Inc Class B | A | Dividend | J | T | | | | | |
| 94. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 95. Boeing Company | A | Dividend | | | Sold | 04/06/16 | J | A | |
| 96. Cerner Corp | A | Dividend | | | Sold | 04/06/16 | J | A | |
| 97. Chubb Ltd Ord. Formerly Chubb Inc; Merger w/ Ace Ltd | A | Dividend | J | T | | 01/20/16 | | | |
| 98. Costco Wholesale Corp | A | Dividend | J | T | | | | | |
| 99. Dominion Resources Inc | A | Dividend | J | T | | | | | |
| 100. E.I. DuPont de Nemours & Company | | None | | | Sold | 01/06/16 | J | A | |
| 101. Kroger | A | Dividend | | | Sold | 10/20/16 | J | A | |
| 102. SPDR S&P Midcap 400 | A | Dividend | K | T | Sold (part) | 02/02/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ecolab, Inc | A | Dividend | J | T | | | | | |
| 104. Chevron Corp | A | Dividend | | | Sold | 04/06/16 | J | A | |
| 105. Medtronic Holding Ltd | A | Dividend | J | T | | | | | |
| 106. Chipotle Mexican Grill | | None | J | T | | | | | |
| 107. Vanguard REIT ETF | A | Dividend | J | T | | | | | |
| 108. Facebook Inc | A | Dividend | J | T | | | | | |
| 109. Broadcom Ltd (formerly Avago Tech Ltd) (Merger) | A | Dividend | J | T | | | | | |
| 110. Vanguard FTSE Dev Mkt | A | Dividend | | | Sold | 02/02/16 | L | A | |
| 111. Vanguard Index FDS S&P ETF | A | Dividend | | | Sold | 02/02/16 | K | A | |
| 112. iShares Core MSCI Emerg Mkts | A | Dividend | | | Sold | 02/02/16 | K | A | |
| 113. Vanguard Index FDS Sm Cap | A | Dividend | | | Sold | 02/02/16 | K | A | |
| 114. Dentsply Sirona Inc | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 115. Dollar General Corp | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 116. Hess Corp | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 117. Home Depot Inc | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 118. Northrop Grumman Corp | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 119. Praxair Inc | A | Dividend | J | T | Buy | 04/11/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Raytheon Co | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 121. Ivy Intnl Core Equity | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 122. Hasbro Inc | A | Dividend | J | T | Buy | 07/19/16 | J | | |
| 123. Vanguard Midcap ETF | B | Dividend | J | T | Buy | 07/19/16 | J | | |
| 124. Pentair PLC | A | Dividend | J | T | Buy | 07/19/16 | J | | |
| 125. Kraft Keinz Co | A | Dividend | J | T | Buy | 10/25/16 | J | | |
| 126. TE Connectivity Ltd | A | Dividend | J | T | Buy | 10/25/16 | J | | |
| 127. KeyCorp New | A | Dividend | J | T | Buy | 10/25/16 | J | | |
| 128. Digital Realty Trust | | None | J | T | Buy | 12/14/16 | J | | |
| 129. Merck & Co New | | None | J | T | Buy | 12/14/16 | J | | |
| 130. Fortive Corp | A | Dividend | J | T | Spinoff (from line 40) | 07/11/16 | J | | |
| 131. Affiliated Mgrs Grp | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 132. Ameriprise Fin Inc | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 133. Schlumberger Ltd | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 134. Union Pacific Corp | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 135. Northern Trust Prime Obligation Fund 9/1 [C] | A | Dividend | J | T | | | | | |
| 136. Apple Inc [C] | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Colgate-Palmolive Company [C] | A | Dividend | J | T | | | | | |
| 138. Danaher Corp [C] | B | Dividend | K | T | Sold (part) | 07/14/16 | J | C | Spin-off to Fortive(L.230) |
| 139. E.I. DuPont de Nemours & Company [C] | A | Dividend | | | Sold | 04/11/16 | J | C | |
| 140. JP Morgan Chase & Company [C] | A | Dividend | K | T | | | | | |
| 141. Nike Inc [C] | B | Dividend | J | T | | | | | |
| 142. Oracle Corp [C] | A | Dividend | K | T | | | | | |
| 143. UnitedHealth Group [C] | A | Dividend | L | T | | | | | |
| 144. Wells Fargo & Company [C] | A | Dividend | | | Sold | 10/25/16 | K | D | |
| 145. UBS Pace Money Market Investments Fund Class P [K] | A | Dividend | J | T | | | | | |
| 146. F. Templeton Global Bond A [K] | A | Dividend | J | T | | | | | |
| 147. Arbitrage Fund [K] | A | Dividend | J | T | | | | | |
| 148. BlackRock Equity Dividend Fund [K] | B | Dividend | J | T | | | | | |
| 149. Calamos Market Neutral Income Fund [K] | A | Dividend | J | T | | | | | |
| 150. Calamos International Growth Fund [K] | A | Dividend | J | T | | | | | |
| 151. Dreyfus Small Cap Value Fund [K] | A | Dividend | J | T | | | | | |
| 152. Natixis Loomis Sayles Core Plus Bond Fund [K] | A | Dividend | J | T | | | | | |
| 153. Royce Premier Fund [K] | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Laudus Growth Inv US Large Cap Fund [K] | A | Dividend | J | T | | | | | |
| 155. UBS Pimco College Fund 529(1) [K] | A | Interest | J | T | | | | | |
| 156. UBS Pimco College Fund 529(2) [K] | A | Interest | K | T | | | | | |
| 157. Fidelity Advisor Materials Fund Class A [K] | A | Dividend | J | T | | | | | |
| 158. Invesco Developing Markets Fund Class A [K] | A | Dividend | J | T | | | | | |
| 159. Oakmark International Fund [K] | A | Dividend | J | T | | | | | |
| 160. Delaware Corporate Bond Fund A [K] | A | Dividend | J | T | | | | | |
| 161. Ivy High Income Fund [K] | A | Dividend | J | T | | | | | |
| 162. Metropolitan West Total Return Bond Fund [K] | A | Dividend | J | T | | | | | |
| 163. Pimco Real Return Fund [K] | A | Dividend | J | T | | | | | |
| 164. RidgeWorth High Grade Municipal Bond Fund [K] | A | Dividend | J | T | | | | | |
| 165. T. Rowe Price Tax Free Short Intermediate Fund [K] | A | Dividend | J | T | | | | | |
| 166. TCW Emerging Markets Income Fund [K] | A | Dividend | J | T | | | | | |
| 167. MainStay Marketfield Fund [K] | A | Dividend | J | T | | | | | |
| 168. First Eagle Global Fund [K] | A | Dividend | J | T | | | | | |
| 169. BlackRock Equity Dividend Fund A [C] | A | Dividend | K | T | | | | | |
| 170. Harbor International Fund Investor Class [C] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Henderson Global Investors International Opportunities Fund A [C] | A | Dividend | J | T | | | | | |
| 172. Voya Global Real Estate Fund Class A [C] (Name Change) | A | Dividend | J | T | | | | | |
| 173. John Hancock Large Cap Equity Fund Class A [C] | A | Dividend | K | T | | | | | |
| 174. Neuberger Berman Genesis Fund Investor Class [C] | A | Dividend | J | T | | | | | |
| 175. Oppenheimer Developing Markets Fund Class Y [C] | A | Dividend | J | T | | | | | |
| 176. Royce Premier Fund [C] | A | Dividend | J | T | | | | | |
| 177. F. Templeton Global Bond A [C] | A | Interest | K | T | | | | | |
| 178. Pimco Total Return Fund Class P [C] | B | Dividend | K | T | | | | | |
| 179. Wilmington Short/Intermediate-Term Bond Fund [C] | B | Dividend | K | T | | | | | |
| 180. Aberdeen Equity Long-Short Fund Class A [C] | A | Dividend | J | T | | | | | |
| 181. JP Morgan Multi-cap Market Neutral Fund [C] | A | Dividend | J | T | | | | | |
| 182. Van Eck Global Hard Assets Fund Class A [C] | A | Dividend | J | T | | | | | |
| 183. Celgene Corp [C] | B | Dividend | K | T | | | | | |
| 184. Berkshire Hathaway Inc [C] | | None | J | T | | | | | |
| 185. Chubb Ltd Ord. Formerly Chubb Inc; Merger w/ Ace Ltd [C] | A | Dividend | J | T | | | | | |
| 186. Costco Wholesale Corp [C] | A | Dividend | J | T | | | | | |
| 187. Disney [C] | A | Dividend | | | Sold | 07/19/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Dominion Resources [C] | A | Dividend | J | T | | | | | |
| 189. EOG Resources Inc [C] | A | Dividend | | | Sold | 12/04/16 | J | A | |
| 190. ExxonMobil Corp [C] | A | Dividend | J | T | | | | | |
| 191. General Electric Company [C] | A | Dividend | J | T | | | | | |
| 192. Lowe's Companies Inc [C] | A | Dividend | | | Sold | 04/11/16 | J | B | |
| 193. PNC Financial Services Group [C] | A | Dividend | J | T | | | | | |
| 194. PepsiCo Inc [C] | A | Dividend | J | T | | | | | |
| 195. Priceline Group Inc [C] | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 196. TJX Companies [C] | A | Dividend | J | T | | | | | |
| 197. Verizon Communications Inc [C] | A | Dividend | J | T | | | | | |
| 198. Walgreens Boots Alliance, Inc [C] | A | Dividend | J | T | | | | | |
| 199. Boeing Co [C] | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 200. Ameriprise Fin Inc [C] | A | Dividend | J | T | | | | | |
| 201. Broadcom Ltd(formerly Avago Tech Ltd) (Merger) [C] | A | Dividend | J | T | | | | | |
| 202. Chevron Corp [C] | A | Dividend | | | Sold | 04/11/16 | J | A | |
| 203. Citigroup Inc [C] | A | Dividend | | | Sold | 10/25/16 | J | A | |
| 204. Ecolab Inc [C] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Facebook Inc [C] | | None | J | T | | | | | |
| 206. Kroger Co [C] | A | Dividend | | | Sold | 10/25/16 | J | A | |
| 207. Vanguard Mid Cap FD [C] | B | Dividend | L | T | | | | | |
| 208. iShares Core MSCI Emerging Mkts [C] | A | Dividend | | | Sold | 02/05/16 | K | A | |
| 209. SPDR DJ Wilshire REIT [C] | B | Dividend | | | Sold | 02/08/16 | K | A | |
| 210. Vanguard FTSE Dev Mkt [C] | B | Dividend | | | Sold | 02/05/16 | L | A | |
| 211. Vanguard Index FDS S&P ETF [C] | A | Dividend | | | Sold | 02/05/16 | J | A | |
| 212. Vanguard Index FDS Small Cap [C] | A | Dividend | | | Sold | 02/05/16 | K | A | |
| 213. Vanguard REIT ETF [C] | A | Dividend | K | T | | | | | |
| 214. Dollar General Corp [C] | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 215. Affiliated Mgrs Group [C] | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 216. Chipotle Mexican Grill [C] | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 217. Digital Realty Trust Inc [C] | | None | J | T | Buy | 12/14/16 | J | | |
| 218. Hasbro Inc [C] | A | Dividend | J | T | Buy | 07/11/16 | J | | |
| 219. Hess Corp [C] | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 220. KeyCorp New [C] | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 221. Kraft Heinz Co [C] | A | Dividend | J | T | Buy | 10/25/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McAuliffe, Steven J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Northrop Grumman Corp [C] | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 223. Pentair PLC [C] | A | Dividend | J | T | Buy | 07/19/16 | J | | |
| 224. Praxair Inc [C]s | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 225. Raytheon Co [C] | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 226. Home Depot Inc [C] | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 227. Union Pacific Corp [C] | A | Dividend | J | T | Buy | 10/25/16 | J | | |
| 228. SPDR S&P 600 Small Cap [C] | A | Dividend | K | T | Buy | 02/05/16 | K | | |
| 229. Ivy Intnl Core Equity [C] | A | Dividend | K | T | Buy | 02/05/16 | K | | |
| 230. Oppenheimier Dev Mkts [C] | A | Dividend | K | T | Buy | 02/09/16 | K | | |
| 231. Starbucks Corp [C] | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 232. Visa Inc [C] | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 233. Fortive Corp [C] | | None | J | T | Spinoff (from line 138) | 07/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I.  POSITIONS.

Pleasant Lake Tributaries, LLC, Dissolved.

PART VII.  INVESTMENTS AND TRUSTS.

Trust #1 assets are listed in Part VII, identified by the designation "[C]."

PART VII.  INVESTMENTS AND TRUSTS.

Line 7.  Piglet Investment Club Partnership - Aggregated (specific holdings are listed below main entry and designated by "-").

| Name of Person Reporting | Date of Report |
|---|---|
| McAuliffe, Steven J. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Steven J. McAuliffe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544